| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>         U.S. MAGISTRATE JUDGE | DATE: 2/9/2015<br>TIME: 10:15 a.m. |

CASE: **CV-14-5332 (ADS) (GRB)** United States Merchant Marine Academy Alumni Association v. United States Department of Transportation Maritime Administration

TYPE OF CONFERENCE: Initial Conference

APPEARANCES:   Plaintiff : Victoria Safran

               Defendant : James Knapp

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Defendant has until 5/29/15 to produce remaining FOIA documents, including a Vaughn Index. A historical Vaughn Index will be produced at a later date. Plaintiff to submit a status report by 6/15/15.

SO ORDERED

 /s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge